82,475-01

TRULINCS 66089179 - MALOUFF, CHARLIE - Unit: BAS-C-A

--------------------------------------------------------------------------------

FROM: 66089179
TO: Malouff, Charles
SUBJECT: CHIEF JUSTICE KELLER
DATE: 01/19/2015 08:47:55 AM

Chief Justice Sharon Keller
Court of Criminal Appeals of Texas
P.O. Box 12308
Capitol Station
Austin, TX 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 21 2015

Abel Acosta, Clerk

RE:  WR-82,475-01 and TR. CT. NO. D-1-DC-13-904021-A
     STATE OF TEXAS v CHARLES A. MALOUFF, JR.

Dear Justice Keller:

   Please add the attached letter to M. Ariel Payan, dated 18 January, to my complaints regarding his ongoing unethical and unconstitutional representation.  I noticed he is still listed as my Counsel of Record.

   PLEASE EXPLAIN how I can get fair representation from Counsel that is subject to adversarial testing in Judicial Misconduct -Bribery, and who is a criminal co-conspirator in Deprivation of Rights Under Color of Law, IAW Title 18 U.S.C. Sections 241 and 242, and under the Texas Penal Code; Abuse of Power, Official Oppression and False Imprisonment?  I also need to know how being deprived of some form of personal recognizance or liberty bond, when clearly this is a Constitutionally challenged white collar crime with no act of violence, inundated with Government Misconduct, and denial of EFFECTIVE Counsel, by the Trial Court, where the Judge is a subject in Criminal Conduct, falls within the parameters of both the Texas and United States Constitutions and decisions of the United States Supreme Court?

   I filed Motions to Remove Appointed Appellate Counsel and Bond For Certain Applicants as far back as October 20th, 2014 in Judge Woodfin Jones Court, and was told by his Court, they do not entertain those motions, that they had to go to the Trial Court.  They were immediately filed with the Travis County District Clerk (November 2014) and either ignored or denied by Sage in a furtherance of sabotaging my Constitutional Rights to both a fair trial and appeal and imposed further wrongful incarceration in retaliation.

   As stated in the attached letter to Payan, I have already filed 20 criminal and Intelligence/Judiciary Committee complaints regarding these CRIMINAL Civil Rights violations in Washington DC.  The requested explanations are important and necessary as these questions, their answers, or their avoidance, will be addressed in these Federal proceedings.  As these investigations proceed and testimony and polygraph results become available I will be forwarding them to you, further proving our innocence and my allegations of Government and individual misconduct.

Respectfully,

Charlie Malouff

Copy

TRULINCS 66089179 - MALOUFF, CHARLIE - Unit: BAS-C-A

------------------------------------------------------------------------------------

FROM: 66089179
TO: Malouff, Charles
SUBJECT: PAYAN
DATE: 01/18/2015 07:33:48 PM

M. Ariel Payan
1012 Rio Grande St.
Austin, TX 78701

Mr. Payan:

   It is clear you remaining my Appellate Counsel is a malicious blatant attempt to sabotage my Appeal, deny me a fair Appeal and further tarnish the reputation of Mary Jo Woodall. We have already been denied a fair trial.

   As I previously informed you, YOU are a CRIMINAL CO-CONSPIRATOR in DEPRIVATION OF RIGHTS UNDER COLOR OF LAW, OFFICIAL OPPRESSION, and FALSE IMPRISONMENT. I am holding you personally responsible for DEFICIENT and NEGLIGENT representation and FALSE IMPRISONMENT since the day we faced Sage and you stood there doing nothing for me, knowing full well she violated Bribery laws for Pecuniary Interest.

   Not only am I holding you personally liable, you are a CO-CONSPIRATOR, under the criminal definition, in YOUR FRIEND Holly Taylor's CRIMINAL CONDUCT in the above criminal violations of law, that have been referred to the White House, FBI Director Comey, and US Attorney General Caldwell's office's for prosecution, in addition to any US Senate and Congressional investigations that come out of the 20 Senate and Congressional Complaints that have also been filed, to date, resulting from this MISCARRIAGE OF JUSTICE, and as such, EVERYTHING YOU DO on my case violates my Constitutional Rights and furthers your CRIMINAL INTENT TO DEPRIVE. You are a PATHETIC LIAR and IRRESPONSIBLE COUNSELOR. GET OFF MY CASE!


Charlie Malouff